**92–1783.** Simon v. Designers Products, Inc. *Cuyahoga County*, No. 63004. On motion for leave to file notice of appeal instanter. Motion granted.

**92–1797.** State v. Auria. *Erie County*, No. E–90–55. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, J., dissents.

**92–1802.** State v. Freeman. *Montgomery County*, No. 12198. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., SWEENEY and WRIGHT, JJ., dissent.

**92–1803.** State v. Hendricks. *Richland County*, No. CA–2906. On motion for leave to file delayed appeal. Motion granted.

SWEENEY, HOLMES and WRIGHT, JJ., dissent.

**92–1856.** State v. Dean. *Delaware County*, No. 91–CA–28. On motion for leave to file delayed appeal. Motion granted.

**92–2032.** Interam. Trade Corp. v. Phillips. *Montgomery County*, Nos. CA 13664 and CA 13677. On motion for stay. Motion granted.

HOLMES and WRIGHT, JJ., dissent.

**92–2042.** State v. Angelo. *Cuyahoga County*, Nos. 61141 and 61049. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Cuyahoga County and as a claimed appeal as of right from said court. Upon consideration of appellant's motion for bond and suspension of execution of sentence pending appeal to the Supreme Court of Ohio,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective October 19, 1992.

RESNICK, J., dissents.

## JURISDICTIONAL MOTIONS ALLOWED

**92–1065.** Mentor Lumber & Supply Co. v. Victor. *Lake County*, No. 91–L–083. On motion to certify the record and motion for leave to file memorandum in support instanter. Motions granted.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–1137.** Vinci v. Ceraolo. *Cuyahoga County*, Nos. 60100, 61000 and 61001.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–1225.** Ohio Chem. Recyclers Assn. v. Fisher. *Franklin County*, No. 91AP–1255.

HOLMES and WRIGHT, JJ., dissent.

**92–1269.** State v. Carpenter. *Franklin County*, No. 91AP–1150.

SWEENEY, HOLMES and RESNICK, JJ., dissent.

John R. Milligan, Jr., J., of the Fifth Appellate District, sitting for MOYER, C.J.

**92–1276.** Arpadi v. First MSP Corp. *Cuyahoga County*, No. 59939.

HOLMES, J., dissents.

**92–1375.** Aetna Life Ins. Co. v. Schilling. *Licking County*, No. 3762.

SWEENEY, WRIGHT and H. BROWN, JJ., dissent.

**92–1379.** Ryan v. Carter. *Franklin County*, No. 91AP–1456.

SWEENEY and H. BROWN, JJ., dissent.

**92–1403.** AT & T Technologies, Inc. v. Indus. Comm. *Franklin County*, No. 91AP–1434.

SWEENEY and RESNICK, JJ., dissent.

**92–1404.** Shepherd v. United Parcel Serv. of Portsmouth Area Growth Found. *Scioto County*, No. 91CA1968.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.